

United States District Court
Eastern District of California

| Ghulam Nabi Sakandar Yakin |
Plaintiff(s)

V.

| USCIS and DHS |
Defendant(s)

Case Number: 2:25-cv-03340-DJC-CKD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kamran Wassel Joya hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Ghulam Nabi Sakandar Yakin

On 02/24/2025 (date), I was admitted to practice and presently in good standing in the New York, Third Judicial Department (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[X] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
Atiqullah Shaheed v. USCIS and it was granted in April 2025.

Date: 11/26/2025          Signature of Applicant: /s/ Kamran Joya

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Kamran Wassel Joy |
| Law Firm Name: | 175 Greenwhich Street, 38th Floor |
| Address: | |
| City: | New York    State: NY    Zip: 10007 |
| Phone Number w/Area Code: | 4153029437 |
| City and State of Residence: | Brentwood, California |
| Primary E-mail Address: | kamran@joya.law |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Dorukhan Korkut Oguz |
| Law Firm Name: | Oguz Law |
| Address: | 1990 N. California Blvd, 8th Floor |
| City: | Walnut Creek    State: CA    Zip: 94596 |
| Phone Number w/Area Code: | 4158053939    Bar #: 331895 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 26, 2025

*Daniel J. Calabretta*

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE