ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHULAM NABI SEKANDER YAKIN,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.<br><br>Defendants. | CASE NO.  2:25-CV-03340-JAM-CKD<br><br>JOINT STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

STIPULATION AND ORDER
FOR FIRST EXTENSION OF TIME                                             1

Defendants respectfully request an extension of time to respond to the Complaint, Plaintiff jointly stipulates to this request. On November 18, 2025, Ghulam Yakin filed a complaint seeking relief under the Administrative Procedures Act and Mandamus Act relating to his filing of a Form N-400, Application for Naturalization.  The U.S. Attorney for the Eastern District of California was served on January 28, 2026.  USCIS has requested the scheduling of Plaintiff's naturalization interview.  In the interest of allowing the process to advance, the parties stipulate to extend all dates for approximately sixty days through and including June 1, 2026.  The new date for Defendants to file an answer or other dispositive pleading is June 1, 2026.

The parties further request that all other filing deadlines be similarly extended for approximately sixty days, making the deadline for the parties to confer and file a Joint Status Report July 28, 2026.

///

DATED   March 17, 2026                                           Respectfully submitted,

ERIC GRANT
United States Attorney

By:    */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By:    */s/ Dorukhan Oguz (as authorized on March 16, 2026)*
DORUKHAN OGUZ
Counsel for Plaintiff Ghulam Yakin

ORDER

IT IS SO ORDERED

DATED:  March 17, 2026                          /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
FOR FIRST EXTENSION OF TIME                                                      2